

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00177-CV

IN THE MATTER OF THE MARRIAGE OF
SHANNON OLIVER AND RICHARD OLIVER

On Appeal from the 12th District Court
Walker County, Texas[1]
Trial Court No. D1314898, Honorable Donald Kraemer, Presiding

June 19, 2018

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Richard Oliver, filed a notice of appeal from the *Final Decree of Divorce* on March 13, 2018. The clerk's record was due on April 10, 2018, but was not filed. On May 10, 2018, the district clerk notified the Clerk of this Court that Oliver had not made payment arrangements for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of May 11, 2018, we directed Oliver to make acceptable payment arrangements for the

---

[1]By order of the Texas Supreme Court, this appeal was transferred from the Tenth Court of Appeals to this Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

clerk's record by May 21.  Failure to do so, we admonished, would subject the appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

To date, Oliver has not made payment arrangements for the clerk's record or filed any response to the Court's letter.  Accordingly, the appeal is dismissed for want of prosecution and because Oliver failed to comply with a requirement of the appellate rules and an order of the Court.  TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Per Curiam